79,910-02

CHARLES JACKSON
TDCJ-ID # 1101342
MARK STILES 3060 FM 3514
BEAUMONT TX. 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK                    WRIT NO. C-1-010414-0810273-B
COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. BOX 12308, CAPITOL STATION,          DATE: 10-06-2015
AUSTIN, TEXAS 78711

DEAR CLERK,
PLEASE FIND INCLOSED THE FOLLOWING PRO SE DOCUMENTS REGUARDING
APPLICANT"S 11.07 WRIT APPLICATION. PLEASE FIND ENCLOSED APPLICANT'S
OBJECTION TO THE STATE'S PROPOSED MEMORANDUM FACTS FINDINGS AND
CONCLUSIONS OF LAW, AS WELL AS APPLICANT'S ADVISERMENT FOR THE COURT
TO TAKE JUDICAL NOTICE. APPLICANT WOULD ALSO ASK THE CLERK TO
FILE DATE AND STAMP AND NOTIFY APPLICANT OF THIS FILING.
THANK YOU FOR YOUR PROMPT ATTENTION IN THIS MATTER.

RESPECTFULLY SUBMITTED

Charles

WRIT NO: C-1-010414-0810273-B

EXPARTE                           §    IN THE COURT OF CRIMINAL

                                  §    APPEALS

CHARLES ALFRED JACKSON            §    OF TEXAS

### APPLICANT'S ADVISEMENT FOR THE COURT TO TAKE

### JUDICAL NOTICE

TO: THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CHARLES ALFRED JACKSON, APPLICANT IN THE ABOVE NUMBERED CAUSE PRO SE AND ASK THIS COURT TO TAKE JUDICIAL NOTICE OF THE FOLLOWING FACTS REGUARDING HIS WRIT PURSAUNT TO RULE 201 OF THE FED. R. OF EVIDENCE AND WOULD SHOW THE COURT THE FOLLOWING FACTS,

FACT ONE  THE APPLICANT HAS FILED HIS 11.07 WRIT APPLICATION ON SEPTEMBER 28, 2015 THE TARRANT COUNTY DISTRICT ATTORNEY DID THE STATES PROPOSED FACTS FINDINGS AND CONCLUSIONS OF LAW AND THE APPLICANT RECEIVED IT ON 10-02-2015. THE APPLICANT IMMEADITLY STARTED DOING HIS OBJECTION AND COMPLETED IT ON THE 4th OF OCTOBER 2015 AND MAILED IT ON 10-05-2015. BUT ON 10-06-2015 APPLICANT RECIEVED THE ORDER FROM THE JUDGE ADOPTING THE STATE'S PROPOSED FACTS FINDING AND CONCLUSIONS OF LAW . ALL OF THIS WAS DONE WITHOUT THE COURT GIVING APPLICANT A CHANCE TO OBJECT. THE TRIAL COURT JUDGE ACCEPTED THE STATES PROPOSED FACTS FINDINGS AND CONCLUSIONS WITHOUT EVER CONSIDERING APPLICANT'S OBJECTION . THE APPLICANT PRESENTS EVIDENCE OF THIS IN THE FORM OF HIS TDCJ-ID OFFICIAL LAYIN PASS FOR LEGAL MAIL ON THE DATES ABOVE .IN LIGHT OF THE EVIDENCE PRESENTED APPLICANT REQUEST THAT THIS COURT ACCEPT HIS OBJECTION

FACT TWO   APPLICANT WOULD ADVISE THIS COURT TO TAKE JUDICAL NOTICE OF THE FACT THAT THE TRIAL JUDGE ALSO MADE AN MODIFICATION TO THE FINDING OF FACTS no.113 WITHOUT APPLICANT BEING ABLE TO OBJECT.

1

## FACT THREE

APPLICANT WOULD ALSO BRING TO THIS COURTS ATTENTION THAT THE APPELLATE COUNSEL DONALD GANDY DENIED APPLICANT HIS RIGHT TO P.D.R. WHERE THIS COURT HAD TO CORRECT THIS SOME 11 YEARS LATER PLEASE SEE: ( COURT OF CRIMINAL APPEALS ORDER FOR THE WRIT OF EXPARTE CHARLES ALFRED JACKSON WRIT NO: WR-79,910-01) APPLICANT INFORMS THAT EVEN THOUGH THE APPELLATE COUNSEL DONALD GANDY CLAIMS TRIAL STRATEGY THE FACT STILL REMAINS THAT ON DIRECT APPEAL HE FILED A GROUND OF ERROR STATING THAT THE TRIAL COURT ERRED IN ADMITTING COMPLAINTANT'S MADE TO THE SEXUAL ASSAULT NUSE EXAMINER SANE AT THE HOSPITALTHIS GROUND WAS RULED ON BY THE SECOND COURT OF APPEALS AS NOT BEING PROPERLY PERSERVED FOR APPELLATE REVIEW DUE TO TRIAL COUNSEL NOT OBJECTING EACH AND EVERY TIME THE COMPLAINED OF STATEMENT WAS BROUGHT UP OR FOR NOT ASKING FOR A RUNNING OBJECTION THE APPELLATE COUNSEL ALSO FILED APPLICANT'S DIRECT APPEAL WITHOUT THE VOIR DIRE THE TRIAL COUBT HAD TO SUPPLIMENT THE RECORD 11 YEARS LATER. SEE( STATE'S FACTS FINDINGS AND CONCLUSIONS FOR WRIT NO WR-79,910-01 EXPARTE CHARLES ALFRED JACKSON) IN CLOSING FACT THREE APPELLATE COUNSEL WAS INEFFECTIVE FROM THE START OF APPLICANT'S DIRECT APPEAL.

FACT FOUR. APPLICANT WOULD ALSO BRING TO THE COURTS ATTENTION GROUND EIGHT OF HIS WRIT APPLICATION. WHERE THE DISTRICT ATTORNEY HAS FAILED TO ADDRESS THE FULL COMPLIMENTS OF HIS GROUND OF ERROR. IN GROUND EIGHT THE APPLICANT CONTENDS THAT HIS TRIAL COUNSEL FAILED TO OBJECT THE IMPROPER COMMUNICATION BETWEEN THE COURT AND THE JURY AND THAT THE TRIAL COURT GAVE THE JURY ADDITIONAL INSTRUCTIONS ALL IN VIOLATION OF ART. 36.27 AND 36.28 OF THE CODE OF CRIMINAL PROCEDURE

2

THE STATE IN IT'S FACTS FINDING AND CONCLUSIONS OF LAW HAVE FAILED TO ADDRESS ANY OF THE VIOLATED PROVISIONS OF ART 36.27 AND 36.28 AND APPLICANT WOULD REQUEST THIS COURT TO TAKE JUDICIAL NOTICE OF THIS GROUND AND EVERY OTHER GROUND IN HIS WRIT APPLICATION.

APPLICANT WOULD ASK THIS COURT TO DO WHAT THE TRIAL COURT SHOULD DONE AND THAT IS TO CONSTRUE HIS WRIT APPLICATION AND ALL DOCUMENTS OF HIS WRIT LIBERALLY WITH AN EYE TOWARDS THE ATTAINMENT OF SUBSTANTI JUSTICE , INORDER TO PROTECT THIS PETITIONER'S RIGHT AND DUE PROCESS, OF LAW HUGHES V. ROWEY, 101 S.Ct. 173 (1980).

THE APPLICANT DOES NOT FELL THAT THE TRIAL COURT WOULD PROTECT HIS DUE PROCESS RIGHT NOR DOES HE FELL THAT THE DISTRICT ATTIRNEY WOULD PROTECT HIS DUE PROCESS RIGHT BECAUSE THE TRIAL JUDGE OF THIS APPLICANT'S CASE BACK IN MARCH OF 2002 JUDGE SHARRON WILSON IS NOW THE HEAD DISTRICT ATTORNEY OF TARRANT COUNTY,APPLICANT WOULD ASK THIS COURT TO TAKE NOTICE OF THIS FACT BECAUSE THERE IS A MAJOR CONFLICT OF INTREST HEAR.

3

## UNSWORN DECLARATION

I CHARLES ALFRED JACKSON, TDCJ-ID NUMBER 1101342 BEING PRESENTLY

INCARCERATED AT THE MARK W. STILES UNIT OF THE TEXAS DEPARTMENT

OF CRIMINAL JUSTICE IN JEFFERSON COUNTY, TEXAS DECLARE UNDER PENALTY

OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.

SIGNED ON THE 7thday of october 2015

_Charles Jackson_

PRINTED NAME

_Charles_

SIGNATURE

## CERTIFICATE OF SERVICE

A TRUE COPY OF THE ABOVE APPLICANTS ABOVE OBJECTION TO THE STATE'S

PROPOSED MEMORANDUMFACTS FINDINGS AND CONCLUSIONS AND CONCLUSIONS

OF LAW AS APPLICANT'S ADVISMENT FOR THE COURT OF CRIMINAL APPEALS

TO TAKE JUDICIAL NOTICE OF THE APPLICANTS JUDICIAL FACTSHAS BEEN

MAILED TO THE COURT OF CRIMINAL APPEALS CLERK ABEL ACOSTA  P.O.BOX

12308, CAPITOLSTATION, AUSTIN, TEXAS 78711 on the 7thday of october

2015.

_Charles_

CHARLES JACKSON #1101342

MARK STILES 3060 FM 3514

BEAUMONT,TEXAS 77705